# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>vs.<br>MAJOR FRANK CALCUTT,<br>　　　　Defendant.<br>and<br>CAROLINA FIRST BANK,<br>　　　　Garnishee. | CASE NO. 1:04CR72 & 1:04CR87<br>(Financial Litigation Unit) |

**DISMISSAL OF WRIT OF GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown,

**IT IS, THEREFORE, ORDERED** that the Writ of Garnishment as to the Garnishee Carolina First Bank filed in this case against the defendant Major Frank Calcutt is **DISMISSED**.

Signed: December 2, 2006

Lacy H. Thornburg
United States District Judge