**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **CASE NO. 1:04CR72 & 1:04CR87** |
| | ) | **(Financial Litigation Unit)** |
| **MAJOR FRANK CALCUTT,** | ) | |
| **Defendant.** | ) | |
| **and** | ) | |
| | ) | |
| **WACHOVIA SECURITIES,** | ) | |
| **Garnishee.** | ) | |

**DISMISSAL OF WRIT OF GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown,

**IT IS, THEREFORE, ORDERED** that the Writ of Garnishment as to the Garnishee

Wachovia Securities filed in this case against the defendant Major Frank Calcutt is **DISMISSED**.


Signed: December 2, 2006

Lacy H. Thornburg
United States District Judge